IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| THIMMONTHY GORDON | ) | CHAPTER: | 13 |
| 3515 APRIL LANE | ) | CASE NO.: | 18-00145 |
| MURFREESBORO, TN 37130 | ) | JUDGE: | WALKER |
| SSN : XXX-XX-5905 | ) | | |
|     Debtor | ) | | |
| | ) | | |
| KESHA GORDON | | | |
| 1426 SUNRAY DRIVE | | | |
| MURFREESBORO, TN 37127 | | | |
| SSN : XXX-XX-4717 | | | |
|     Joint Debtor | | | |

## DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY

The Debtors, by and through counsel, Rothschild and Ausbrooks, PLLC, respectfully respond to the Motion for Relief from Stay as follows:

1) The Debtors fell behind on their rent due to several unforeseen medical expenses. The Joint Debtor suffered a knee injury and their daughter had to have emergency oral surgery. The Debtors propose to satisfy the arrearages in the amount of $1,904.90 on June 15, 2018 and are prepared to pay rent for July, 2018 in a timely manner.

PREMISES CONSIDERED, Debtors ask the Court to deny the Motion for Relief from Stay.

Respectfully submitted,

*/s/ Alex Koval*
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN  37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

# **CERTIFICATE OF SERVICE**

       I certify that on this 18th day of June, 2018, I served a copy of the foregoing in the following manner:

***Email by Electronic Case Noticing to:***
Asst. U.S. Trustee; Henry E. Hildebrand, III, Chapter 13 Trustee

***By U.S. Postal Service, postage prepaid to:***

The Debtors at the above addresses; and to Todd A. Bricker, 330 Commerce Street, STE 110, P.O. Box 198985, Nashville, TN 37219-8985.

***/s/ Alex Koval***
Alex Koval                                                         3 TOTAL USPS MAILINGS: $3.00